UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>E. JORDAN, et al.,<br><br>　　　　Defendant(s). | Case No. CV 18-6730-SVW-KK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Plaintiff's objections, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED the following claims in the Complaint are dismissed without leave to amend: (a) the 42 U.S.C. § 1983 official capacity claim against defendants Freeman, Debbie A., C. Wu, and Jane Doe, (b) the Americans With Disabilities Act claim against defendant E. Jordan, and (c) the Eighth Amendment deliberate indifference claim against defendant C. Wu.

Dated: December 13, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE STEPHEN V. WILSON
United States District Judge